IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00712-BNB

JACOB JONES,

Plaintiff,

v.

AUTO WAREHOUSE, INC.,

Defendant.

_____

**ORDER**
_____

IT IS ORDERED:

Trial of this matter is set for two days to a jury on **May 6-7, 2013**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Trial days run from 8:30 a.m. to 5:00 p.m. The parties have consented to a jury of six.

**On or before April 1, 2013, the parties shall:**

(1) Exchange copies of exhibits pre-marked with exhibit stickers. All exhibits shall be listed numerically and consecutively, without attribution to either the plaintiff or the defendant. The case number shall appear on each exhibit sticker. Exhibits must be bound in three ring binders with each exhibit separated by tabs for ease of reference. Each exhibit shall be separately marked as it will be offered into evidence at trial. Every page of each exhibit must be

Bates numbered, and the beginning and ending Bates number of each exhibit shall be reported on the exhibit list.

(2) File and serve the objections contemplated by Fed. R. Civ. P. 26(a)(3). Each objection shall state concisely the evidentiary grounds for the objection and the legal authority supporting the objection. If the authority is the Federal Rules of Evidence, the Rule shall be cited; if the authority is case law, a copy of the case shall be provided to the court.

(3) Submit to my courtroom deputy the original exhibits and two duplicate copies of the exhibits, all bound in three ring binders with exhibit separated by tabs for ease of reference.

(4) File and serve proposed jury instructions, verdict forms, and voir dire questions. Prior to April 1, 2013, the parties shall confer in an attempt to reach agreement on stipulated jury instructions and verdict forms. Stipulated jury instructions and verdict forms shall be so designated. Any jury instructions or verdict forms about which the parties cannot agree shall be submitted as disputed. Proposed jury instructions, verdict forms, and voir dire questions shall also be submitted to my chambers by electronic mail to boland_chambers@cod.uscourts.gov. Instructions must be submitted in Word Perfect 12 (or later version), although they may be submitted in Word. A citation of authority in support of each proposed jury instruction must be contained at the bottom of each instruction.

(5) Submit to the court and exchange transcripts of depositions identifying any testimony proposed to be read to the jury. The plaintiff's designations shall be highlighted in yellow, and the defendant's designations shall be highlighted in blue.

**On or before April 15, 2013, the parties shall:**

(6)  File and serve objections to proposed jury instructions addressing the basis for each objection.

(7)  File and serve objections to the deposition designations submitted by the opposing party.

**General Information**

My courtroom deputy is Julie Dynes.  She can be reached at 303-335-2061.  Any questions concerning exhibits or courtroom equipment should be directed to her.  The proceedings will be tape recorded.  Any request for transcripts should be directed to the courtroom deputy.  Extraordinary requests, such as for daily transcripts, should be made at least 30 days in advance of the trial date.

My staff attorney is Renee Christian.  My judicial assistant is Estee Fraitag.  They can be reached at 303-844-6408.

At trial, all parties and witnesses shall be addressed as "Mr.," "Ms.," "Dr.," etc.  Informal references are not authorized without my express permission.

Dated January 29, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge