IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Boyd N. Boland

Case No. 12-cv-00712-BNB-KMT

Jacob Jones,

    Plaintiff,

v.

Auto Warehouse, Inc.,

    Defendant

---

**STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS**

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial on May 7, 2013, counsel for the plaintiff shall retain custody of the exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 7th day of May, 2013.

BY THE COURT:

_____
Boyd N. Boland, Magistrate Judge

APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR PLAINTIFF    ATTORNEY FOR DEFENDANT