IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00712-BNB-KMT

JACOB JONES,

    Plaintiff,

v.

AUTO WAREHOUSE, INC.,

    Defendant.

## FINAL JUDGMENT

This matter came before the Court and a jury of six, duly sworn, to try the matter on May 6, 2013, by the Honorable Boyd N. Boland, United States Magistrate Judge, presiding.  On May 7, 2013, the jury returned its verdict as follows:

<u>VERDICT FORM</u>

Question 1:  Did the Plaintiff prove by a preponderance of the evidence that the Defendant violated the Truth In Lending Act by failing to accurately disclose to the Plaintiff the amount financed?

ANSWER: <u>YES</u>

Question 2:  Did the Plaintiff prove by a preponderance of the evidence that the Defendant violated the Truth In Lending Act by failing to accurately disclose to the Plaintiff the finance charge?

ANSWER: <u>YES</u>

Question 3:  Did the Plaintiff prove by a preponderance of the evidence that the Defendant violated the Truth In Lending Act by failing to accurately disclose to the Plaintiff the finance charge expressed as an annual percentage rate?

ANSWER: <u>YES</u>

If you answered Yes to any of Questions 1, 2, or 3 above, then answer Questions 4 and 5.

Question 4: If you answered Yes to Questions 1, 2, or 3, you must award Plaintiff statutory damages in the amount of twice the finance charge assessed on the transaction up to $2,000.00.

AMOUNT OF STATUTORY DAMAGES AWARDED TO THE PLAINTIFF: $2,000.00

Question 5: If you answered Yes to Questions 1, 2, or 3, you may award Plaintiff actual damages in addition to statutory damages, in an amount as shown by Plaintiff by a preponderance of the evidence.

AMOUNT OF ACTUAL DAMAGES AWARDED TO THE PLAINTIFF: $0

IT IS THEREFORE

ORDERED that judgment is hereby entered in favor of Plaintiff, Jacob Jones, and against Defendant, Auto Warehouse, Inc., on Plaintiff's claims that Defendant violated the Truth In Lending Act.  It is further

ORDERED that Plaintiff is awarded statutory damages in the amount of $2,000.00.  It is further

ORDERED that Plaintiff shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment.

DATED at Denver, Colorado this 8th day of May, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/Nel Steffens
Nel Steffens,
Deputy Clerk

APPROVED BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge